AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JONPAUL MARCEL NADEAU <br><br> *Plaintiff(s)* <br> v. <br> BROWN HARRIS STEVENS MIAMI LLC, <br> ALLISON BLUMENTHAL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-22841-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brown Harris Stevens Miami LLC
c/o Registered Agent: Vivian Z. Dimond
2665 S. Bayshore Drive
Suite 100
Miami, Florida 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Rd, Suite 100
Boca Raton, FL 33433
561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Jul 26, 2024

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JONPAUL MARCEL NADEAU | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 1:24-cv-22841-CMA |
| BROWN HARRIS STEVENS MIAMI LLC, ALLISON BLUMENTHAL, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Allison Blumenthal
2800 Ponce De Leon Boulevard
Suite 1160
Coral Gables, Florida 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Rd, Suite 100
Boca Raton, FL 33433
561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jul 26, 2024

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS